IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-393-CV





JIMMY DELL WHITE,



 APPELLANT


vs.





SANDRA LEE WHITE,



 APPELLEE



 




FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT



NO. 143,581-B, HONORABLE JACK W. PRESCOTT, JUDGE PRESIDING



 




PER CURIAM

 Appellant Jimmy Dell White has filed a motion to dismiss the appeal. The motion
is granted. Tex. R. App. P. 59(a)(1)(B).

 The appeal is dismissed.


Before Justices Powers, Aboussie and B. A. Smith

Dismissed on Appellant's Motion

Filed: February 1, 1995

Do Not Publish